IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00363-LTB

BRUCE L. KNIGHT,

    Plaintiff

v.

JANNET KING, #01089,
NURSE ROSE, and
CORRECTIONAL HEALTH CARE COMPANIES,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 1, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 1st day of May, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                     Deputy Clerk